[No. 1124-1.   Division One—Panel 1.   December 11, 1972.]

LUTHENE RUTH FARRELL, *Respondent,* v. ALVIN E.
BARTELHEIMER et al., *Appellants.*

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 102586, Alfred O. Holte, J., entered March 12, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz, C.J., and Callow, J.